934

The People of the State of New York, Respondent, v. William Donovan, Appellant.—

Concur — Eager, J. P., McGivern, Tilzer and Macken, JJ.